```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 18648
   FLOYD EDWARD STREET
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8440

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/10/2007 and was not confirmed.

     The case was dismissed without confirmation 11/21/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  NOTICE ONLY   NOT FILED          .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                        .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/27/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```